H. PETER EVANS
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Dianne LaGrand,

    Plaintiff,                            Civil No. 06-cv-1818-MO

v.

COMMISSIONER, Social Security
Administration,

    Defendant.         /    ORDER

    After considering the Plaintiff's voluntary Motion to dismiss Plaintiff's Complaint in its entirety, and noting that Defendant's counsel has been contacted and has no objection to this dismissal, it is hereby

    ORDERED that the withdrawal be granted.

IT IS SO ORDERED this 17th day of May, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ H. Peter Evans
H. PETER EVANS, OSB No. 01253
Attorney for Plaintiff
9900 SW Greenburg Rd., Suite 235
Portland, OR 97223

H. PETER EVANS
Attorney at Law • OSB No. 01253
9900 SW Greenburg Road
Columbia Business Center Suite 235
Portland, Oregon 97223
(503) 245-6309